# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:94CR00030-004 |
| CHALMERS LAVETT HENDRICKS ) | USM No: 11350-058 |
| Date of Previous Judgment: 3/6/1998 (amended) ) | None |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.   ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 42                Amended Offense Level: 40
Criminal History Category: VI             Criminal History Category: VI
Previous Guideline Range: Life to Life months    Amended Guideline Range: Life to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction due to mandatory minimum sentence of life imprisonment. Defendant is ineligible for a reduction under Amendment 706 because the guideline range was not reduced pursuant to USSG §5G1.1.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated 3/6/1998 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 14, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge