# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **April 18, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Arthur Lee Butler, Jr.** | Reg. No. 16743-171 |
| **Larry Lamont Davie** | Reg. No. 09249-033 |
| **Samuel Stevens Farmer** | Reg. No. 11495-017 |
| **Joseph Lee Gulledge, Jr.** | Reg. No. 32035-074 |
| **James David Hinkle** | Reg. No. 10250-084 |
| **Tyrelle Deyon Jones** | Reg. No. 55216-083 |
| **Demond Trevino McFadden** | Reg. No. 09854-021 |
| **Shelia Rochelle Neal** | Reg. No. 24636-057 |
| **Charles Anthony Perry** | Reg. No. 14375-064 |
| **Lamont Pollard** | Reg. No. 32848-044 |
| **Delanjun L. Rogers** | Reg. No. 05967-017 |
| **Lafayette Maurice Washington** | Reg. No. 06183-017 |
| **Michael Antwan Zone** | Reg. No. 26526-018 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 19, 2017**, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each named person on prerelease custody as soon as possible:

| | |
|---|---|
| **Angel Santana** | Reg. No. 45429-004 |
| **Kenneth Stover, Jr.** | Reg. No. 38700-060 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Lee Henry Berry,** aka Alvin King | Reg. No. 05032-039 |
| **Gregory J. Hall** | Reg. No. 20346-017 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Dale Wayne Aldridge** | Reg. No. 09593-030 |
| **Willie Brazile** | Reg. No. 03886-017 |
| **Anthony DeWayne Gillis,** aka Toney Gillis | Reg. No. 34976-083 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Chalmers Lavette Hendricks** | Reg. No. 11350-058 |
| **Jack Howton** | Reg. No. 08463-033 |
| **Daniel L. Morgan** | Reg. No. 67266-004 |

I hereby further commute the total sentence of imprisonment imposed upon **Rodney Bates**, Reg. No. 20821-076, to expire on **July 31, 2017**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Roger Jerome Baylor**, Reg. No. 33119-183, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jermaine Brown**, Reg. No. 62269-019, to a term of **211 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **George Edward Ingram, Jr.**, Reg. No. 66554-280, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**