UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:94-CR-00030-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHALMERS LAVETTE HENDRICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release. (Doc. No. 241.) For the reasons set forth below, Defendant's Motion is **DENIED WITHOUT PREJUDICE**.

Under the Local Rules, a movant must confer with opposing counsel and inform the Court of the opposing party's position on the motion. This Court requires a Defendant seeking early termination of supervised release to confer with the United States Probation Office and United States Attorney's Office and to inform the Court as to those Offices' positions on the motion. Upon review of the record, Defendant has not complied with the Rules or this Court's requirements.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (Doc. No. 241), is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 26, 2024

Frank D. Whitney
United States District Judge

1